Ex parte VIERA.

Ex parte COUDER.

Ex parte MORALES.

No. 25069.

Court of Criminal Appeals of Texas.

Nov. 8, 1950.

580

·C. A. Sanchez, Frank H. Hunter, and Fryer & Milstead, all of El Paso, for appellant.

William E. Clayton, Dist. Atty., Jack N. Fant, Asst. Dist. Atty., El Paso, and George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

It is made to appear by the State's Motion to dismiss this appeal that since the institution of this proceeding and the appeal to this Court the Grand Jury, on the 13th day of October, 1950, returned its indictment against the three relators charging them with murder.

The question presented in the appeal has therefore become moot and it is, accordingly, dismissed.